IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS BURNS, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 09-0834-CB-M |
| LOUIS BOYD, | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 10th day of September, 2010.

s/*Charles R. Butler, Jr.*
SENIOR UNITED STATES DISTRICT JUDGE